■ COMPTROLLER OF STATE OF NEW YORK, as Trustee for the NEW YORK STATE COMMON RETIREMENT FUND, Appellant, v LEVEL ACRES LLC, Respondent, et al., Defendants. (Appeal No. 2.) [21 NYS3d 909]—Appeal from an order of the Supreme Court, Allegany County (Thomas P. Brown, A.J.), entered November 6, 2014. The order denied the motion of plaintiff for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Comptroller of State of New York v Level Acres LLC* ([appeal No. 1] 134 AD3d 1528 [2015]). Present—Smith, J.P., Peradotto, Carni, Lindley and Whalen, JJ.